OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596

$ 00.26⁵

MAR 06 2015

3/4/2015

JACKSON, DOUGLAS MARSHALL  Tr. Ct. No. W11-14835-U(A) WR-82,839-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk



DOUGLAS MARSHALL JACKSON
MICHAEL UNIT - TDC # 1771771
P. O. BOX 4500
TENNESSEE COLONY, TX 75886

RTS
Refused
REF